IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE BOISVERT,<br><br>    Plaintiff,<br><br>v.<br><br>LARS LOHAN, et al.<br><br>    Defendants.    / | No. C -12-4263 EDL<br><br>**ORDER REQUIRING UNITED STATES MARSHAL'S OFFICE TO SERVE SUMMONS AND COMPLAINT** |

On August 27, 2012, the Court granted Plaintiff's Application to Proceed <u>In Forma Pauperis</u>, and dismissed his complaint with leave to amend. Plaintiff timely filed an amended complaint. Accordingly, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit in support of his Application to Proceed <u>In Forma Pauperis</u>, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: September 12, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge