IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE BOISVERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LARS LOHAN ET.AL.,<br><br>　　　　Defendant.　　　　　　　　／ | No. C -12-04263(EDL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MOTION TO FILE UNDER SEAL** |

On June 27, 2013, Plaintiff Rene Boisvert filed an administrative motion to seal (Docket No. 90) attaching a motion for entry of default judgment against Defendant Donald DeGutz. Although the Clerk of Court entered default against DeGutz on November 7, 2012, DeGutz appeared shortly thereafter, joined in the motion to dismiss filed by the other defendants, and consented to the Court's jurisdiction. Docket Nos. 60, 64, 67. The Court dismissed Plaintiff's claims against all Defendants, including DeGutz, on December 12, 2012. Docket No. 70. Plaintiff then filed a motion for reconsideration, which the Court struck without prejudice to refiling, because Plaintiff did not seek leave of court before filing the motion in accordance with Civil Local Rule 7-9. Docket No. 73. Plaintiff did not seek leave of court to file a motion for reconsideration, but instead filed a notice of appeal on February 1, 2013. Docket No. 74. Because Plaintiff's complaint against Defendant DeGutz was dismissed, his motion for entry of default judgment against DeGutz is improper and is hereby denied. The accompanying sealing motion is denied as moot.

**IT IS SO ORDERED.**

Dated: July 1, 2013

　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge